UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jose A.R.,

    Petitioner,

v.

Pamela Bondi, et al.,

    Defendants.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**
Civil File No. 26-01424 (MJD/EMB)

Alyssa Nguyen-Schmitz, Nguyen Firm, LLC, Counsel for Petitioner.

Anthony Barrows, David W. Fuller, Assistant United States Attorneys, Counsel for Respondents.

On February 19, 2026, the Court granted Petitioner Jose A.R.'s Petition for Writ of Habeas Corpus. **[Doc. 7.]** As part of that Order, Respondents were required to immediately release Petitioner with all his personal effects seized during his arrest and to notify the Court within 48 hours to confirm that the release occurred.

On February 21, 2026, the Respondents provided a status update informing the Court that Petitioner Jose A.R. was released with all of his personal property. **[Doc. 9.]**

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Jose A.R.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 2, 2026               s/Michael J. Davis
                                    Michael J. Davis
                                    United States District Court