**UNITED STATES DISTRICT COURT**

**District of Minnesota**

Jose Amaya Rivas

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01424-MJD-EMB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

that Petitioner Jose A.R.'s Petition for Writ of Habeas Corpus [Doc. 1] is **DISMISSED without prejudice.**

Date: 3/3/2026

KATE M. FOGARTY, CLERK